UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KEITH L. FERGUSON and ) <br> LATOYA BARNES ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> WESTGATE CJDR and TD BANK ) <br> Defendants. ) | **JUDGMENT** <br> 5:24-CV-678-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the report and recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 31, 2024, and for the reasons set forth more specifically therein, that this action is DISMISSED.

**This Judgment Filed and Entered on July 31, 2024, and Copies To:**
Keith L. Ferguson (via US mail) 19 Roterham Drive, Clayton, NC 27527
LaToya Barnes (via US mail) 478 Lakemont Drive, Clayton, NC 27250


July 31, 2024                              PETER A. MOORE, JR., CLERK

                                                  /s/Sandra K. Collins
                                        (By)   Sandra K. Collins, Deputy Clerk